IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL MCLANE,

    Plaintiff,

v.

CITY OF EUGENE, and
SERGEANT SALSBURY,

    Defendants.

Civ. No. 6:17-cv-01817-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 51), and the matter is now before the Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 51) is adopted. Defendants' Motion for Summary Judgment (ECF No. 25) is GRANTED and the Court declines to exercise jurisdiction over Plaintiff's state law battery claim.

1 –ORDER

IT IS SO ORDERED.

DATED this  10th  day of January, 2020.

                                              /s/ Michael J. McShane
                                              Michael McShane
                                              United States District Judge